```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                                    Case No. 17-00052-MDF
Debra Louise Glenn                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: DGeorge              Page 1 of 1              Date Rcvd: Feb 08, 2017
                                Form ID: ntnew341          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2017.
```
db             +Debra Louise Glenn,    104 Lakepoint Drive,    Apartment 104,    Harrisburg, PA 17111-2932
4871704        +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
4871705        +Capital Region Water,    100 Pine Drive,    Harrisburg, PA 17103-1260
4871706         Dauphin County Tax Claim Bureau,    1st Fl Dauphin County Admin Bldg,
                 2 S. Second Street, P.O. Box 1295,    Harrisburg, PA 17108-1295
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4871707         E-mail/Text: camanagement@mtb.com Feb 08 2017 19:10:57      M & T Bank,    Po Box 844,
                 Buffalo, NY 14240
4879531         E-mail/PDF: cbp@onemainfinancial.com Feb 08 2017 19:08:32      ONEMAIN FINANCIAL,
                 P.O. BOX 3251,    EVANSVILLE IN, 47731-3251
4871708        +E-mail/PDF: cbp@onemainfinancial.com Feb 08 2017 19:08:22      Springleaf,    Po Box 64,
                 Evansville, IN 47701-0064
4871709        +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2017 19:08:10      Synchrony Bank,    Po Box 965064,
                 Orlando, FL 32896-5064
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)     dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Stephen Wade Parker    on behalf of Debtor Debra Louise Glenn Mooneybkecf@gmail.com,
               wade@swparkerlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Debra Louise Glenn
aka Debra Louise Arnold
Debtor(s)

Chapter 13

Case No. 1:17−bk−00052−MDF

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: March 2, 2017 <br> Time: 11:00 AM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108
(717) 901−2800

**For the Court:**
Clerk of the Bankruptcy Court:
Terrence S. Miller
By: DGeorge

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: February 8, 2017