UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DEBRA LOUISE GLENN : CHAPTER 13
       Debtor(s) :
        :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
        :
       vs. :
        :
DEBRA LOUISE GLENN :
       Respondent(s) : CASE NO. 1-17-bk-00052

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 2nd day of March, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. Plan ambiguous – tax claim on surrendered property.

3. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

    a. 2016 Federal Income Tax return.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

       AND NOW, this   7th   day of March, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Stephen Wade Parker, Esquire
230 York Street
Hanover, PA   17331

                                          /s/Deborah A. Behney
                                          Office of Charles J. DeHart, III
                                          Standing Chapter 13 Trustee