```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 17-00052-RNO
Debra Louise Glenn                                              Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: JGoodling         Page 1 of 1          Date Rcvd: Mar 07, 2017
                            Form ID: ntcnfhrg       Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2017.
```
db            +Debra Louise Glenn,   104 Lakepoint Drive,    Apartment 104,    Harrisburg, PA 17111-2932
4871704       +Capital One,   Po Box 30285,    Salt Lake City, UT 84130-0285
4871705       +Capital Region Water,    100 Pine Drive,    Harrisburg, PA 17103-1260
4871706        Dauphin County Tax Claim Bureau,    1st Fl Dauphin County Admin Bldg,
                2 S. Second Street, P.O. Box 1295,   Harrisburg, PA 17108-1295
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4871707            E-mail/Text: camanagement@mtb.com Mar 07 2017 19:19:12     M & T Bank,   Po Box 844,
                    Buffalo, NY 14240
4884805            E-mail/Text: camanagement@mtb.com Mar 07 2017 19:19:12     M&T Bank,   P.O. Box 840,
                    Buffalo, NY 14240-0840
4879531            E-mail/PDF: cbp@onemainfinancial.com Mar 07 2017 19:24:09     ONEMAIN FINANCIAL,
                    P.O. BOX 3251,   EVANSVILLE IN, 47731-3251
4871708           +E-mail/PDF: cbp@onemainfinancial.com Mar 07 2017 19:23:46     Springleaf,   Po Box 64,
                    Evansville, IN 47701-0064
4871709           +E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2017 19:23:45     Synchrony Bank,   Po Box 965064,
                    Orlando, FL 32896-5064
                                                                                               TOTAL: 5
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Stephen Wade Parker    on behalf of Debtor Debra Louise Glenn Mooneybkecf@gmail.com,
               wade@swparkerlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Debra Louise Glenn
aka Debra Louise Arnold
Debtor(s)

Chapter 13

Case No. 1:17−bk−00052−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **April 5, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: April 26, 2017 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building PO Box 908 Harrisburg, PA 17108 (717) 901−2800 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller By: JGoodling |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 7, 2017 |